U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 15 2022
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

SALVADOR ELISEO PENA

No. 2-22CR0137-Z

# INDICTMENT

The Grand Jury Charges:

## Count One
Distribution and Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about November 18, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Salvador Eliseo Pena**, defendant, did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

Amanda Riddle

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

Meredith Pinkham

MEREDITH PINKHAM
Assistant United States Attorney
Texas State Bar No. 24073429
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: meredith.pinkham@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

SALVADOR ELISEO PENA

INDICTMENT

COUNT 1: DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

(1 COUNT)

A true bill rendered:

Amarillo Amanda Riddle Foreperson

Filed in open court this 15th day of December, A.D. 2022.

Clerk

ARREST WARRANT TO ISSUE.

Lee Ann Reno
UNITED STATES MAGISTRATE JUDGE