U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 18 2023
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

SALVADOR ELISEO PENA

No. 2:22-CR-137-Z
**(Supersedes indictment filed 12/15/2022 as to this defendant only.)**

# SUPERSEDING INFORMATION

The United States Attorney Charges:

## Count One
Conspiracy to Distribute and Possess with
Intent to Distribute Methamphetamine
(Violation of 18 U.S.C. § 371)

Beginning on or about a date unknown and continuing until on or about November 18, 2022, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Salvador Eliseo Pena**, defendant, did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In furtherance of the conspiracy, defendant and other coconspirators, known and unknown, knowingly committed overt acts, including, but not limited to, the following: On or about November 18, 2022, in the Northern District of Texas and elsewhere, **Salvador Eliseo Pena** possessed methamphetamine with the intent to distribute it.

All in violation of Title 18, United States Code, Section 371.

Forfeiture Notice
(18 U.S.C. § 924(d) and 21 U.S.C. § 853(a))

Upon conviction in Count One of this Superseding Information, and pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a), defendant, **Salvador Eliseo Pena**, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense.

The property subject to forfeiture includes, but is not limited to, the following firearms:

1) a Smith & Wesson Bodyguard, .380 caliber semi-automatic pistol, bearing serial number KAR6952; and
2) a SCCY, Model CPX-2, 9-millimeter semi-automatic pistol, bearing serial number C1644123.

LEIGHA SIMONTON
UNITED STATES ATTORNEY

JOSHUA FRAUSTO
Assistant United States Attorney
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-Mail: joshua.frausto@usdoj.gov